Donald J. Miller, of Chicago, for appellant.

Cooney & Stenn, of Chicago, (William J. Harte, of counsel,) for appellee.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Mary L. Hall *et al.*, Defendants-Appellants.

(Nos. 54668, 54670 cons.

First District—March 13, 1972.

Gerald W. Getty, Public Defender, of Chicago, (Saul H. Brauner, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Nicholas D. Taubert, Assistant State's Attorneys, of counsel,) for the People.